IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY MATTIA and JOANNE MATTIA, | : : : | |
| | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : : | |
| PHILADELPHIA LIBERTY PLACE, L.P., | : : | NO. 13-0695 |
| Defendant. | : | |

## ORDER

**AND NOW**, this *26th* day of *March*, 2013, upon consideration of Plaintiffs Gregory and Joanne Mattia's Motion for Remand (Docket No. 3), the Response in Opposition of Defendant Philadelphia Liberty Place, L.P. (Docket No. 5), and Plaintiffs' Reply Brief (Docket No. 8), it is hereby **ORDERED** that the Motion is **GRANTED**. This case is **REMANDED** to the Philadelphia County Court of Common Pleas.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.